UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BOSCH LLC,

    Plaintiff,

v.   Case No. 12-11503

SNAP-ON INC. and
DREW TECHNOLOGIES, INC.,

    Defendants.
                                      /

**ORDER SETTING TELEPHONE CONFERENCE**

On May 9, 2012, the court held a telephone conference with counsel for the parties.  During the conference, counsel and the court discussed the best way to proceed in this case and the related declaratory-judgment suit, *Drew Technologies, Inc. v. Robert Bosch, L.L.C.*, Case Number 11-15068.  In accordance with counsel's representations during this conversation, the court expects that, in the coming days, counsel will reach an agreement to amend the pleadings in this action, thereby allowing the parties to pursue their competing causes of action solely in this case.[1]  Additionally, the court anticipates that counsel will prepare a proposed discovery plan and trial schedule that will conform to the court's practice guidelines for patent cases.  Accordingly,

IT IS ORDERED that counsel for the parties shall participate in a telephone conference on **May 23, 2012, at 10:00 a.m.**  The court will place the telephone call.

---

[1] Once the pleadings are finalized, and following the upcoming telephone conference, the court anticipates denying as moot the pending motion to reopen the declaratory-judgment suit.

Counsel should be prepared to discuss a proposed scheduling order and possible protective order.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: May 11, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 11, 2012, by electronic and/or ordinary mail.

          s/Lisa G. Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522