**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT BOSCH LLC,

    Plaintiff,

v.                                           Case No. 12-11503

SNAP-ON INC. and
DREW TECHNOLOGIES, INC.,

    Defendants.
                                                          /

**ORDER DIRECTING SUBMISSION OF STIPULATIONS AND PROPOSED ORDERS GOVERNING AMENDMENTS TO THE PLEADINGS AND E-DISCOVERY**

On May 23, 2012, the court held a telephone conference with counsel for the parties. During the conference, counsel confirmed that they wish to amend the pleadings in this action to encompass the claims raised in the related declaratory-judgment suit, *Drew Technologies, Inc. v. Robert Bosch, L.L.C.*, Case Number 11-15068.[1] In addition, counsel indicated that they would like to enter a stipulation and proposed order regarding electronic discovery, which they expect to negotiate in the coming weeks. Accordingly,

IT IS ORDERED that, on or before **June 8, 2012**, counsel are DIRECTED to submit, but not file, a stipulation and proposed order allowing amendments to the pleadings. Also by **June 8, 2012**, Plaintiff must file, on the docket, an amended

---

[1] Once the pleadings are finalized, the court anticipates denying as moot the pending motion to reopen the declaratory-judgment suit.

complaint.  Defendants must then file an answer to the amended complaint no later than **June 22, 2012**.

IT IS FURTHER ORDERED that, on or before **June 8, 2012**, counsel are DIRECTED to submit, but not file, a stipulation and proposed order governing electronic discovery.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated:  May 25, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 25, 2012, by electronic and/or ordinary mail.

          s/Lisa G. Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522