UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BOSCH LLC,

    Plaintiff,

v.                                          Case No. 12-11503

SNAP-ON INC. and
DREW TECHNOLOGIES, INC.,

    Defendants.
                                            /

**ORDER STRIKING DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY
AND CROSS MOTION TO COMPEL**

        Plaintiff moved to compel discovery on November 15, 2012.  Defendants filed a combined response and cross motion to compel Plaintiff to disclose its infringement contentions.  The court's practice guidelines state that "[u]nder no circumstances may a motion be included within or tacked onto a response or a reply."[1]  Accordingly,

        IT IS ORDERED that Defendants' response and cross motion to compel [Dkts. # 35, 36, & 37] are STRICKEN without prejudice.  Defendants are DIRECTED to file an amended response to Plaintiff's motion to compel discovery [Dkt. # 33] by **December 18, 2012**.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

---

[1] Practice Guidelines for Judge Robert H. Cleland, Motion Practice, http://www.mied.uscourts.gov/ Judges/ guidelines/ topic.cfm?topic_id=69 (last visited Dec. 10, 2012).

Dated: December 11, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2012, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522