**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROBERT BOSCH LLC,

    Plaintiff,

v.                                        Case No. 12-11503

SNAP-ON INC. and
DREW TECHNOLOGIES, INC.,

    Defendants.
                                           /

**ORDER DIRECTING PLAINTIFF TO DELAY FILING A RESPONSE BRIEF TO DEFENDANTS' MOTION TO COMPEL INTERROGATORY RESPONSES**

The court held an off-the-record telephonic conference to discuss the parties' various discovery disputes. Defendants informed the court that its rulings on three pending motions to compel (Dkts. # 33, # 41, # 47) may affect the legal issues presented in Defendants' recently filed motion to compel Plaintiff's interrogatory responses. (Dkt. # 66.) Accordingly,

IT IS ORDERED that Plaintiff is DIRECTED to delay filing a response to Defendants' motion to compel interrogatory responses [Dkt. # 66]. Once the court has issued rulings on Plaintiff's motion to compel [Dkt. # 33] and Defendants' motions to compel [Dkts. # 41, # 47], Defendants are DIRECTED to submit to the court a statement regarding which issues in their motion to compel interrogatory responses [Dkt. # 66] remain. Defendants are DIRECTED to submit this statement within **one week** of the court issuing its ruling on the last of the three motions to compel. Defendants are also DIRECTED to notify Plaintiff when it has submitted the statement. Plaintiff must

respond to Defendants' motion to compel interrogatory responses [Dkt. # 66] no later than **two weeks** from the date on which Defendants submit their statement to the court.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  January 25, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 25, 2013, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522