**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROBERT BOSCH LLC,

    Plaintiff,

v.                                  Case No. 12-11503

SNAP-ON INC. and
DREW TECHNOLOGIES, INC.,

    Defendants.
                                       /

**ORDER DIRECTING DEFENDANTS TO FILE
A MOTION TO EXTEND FACT DISCOVERY**

On March 14, 2013, the court held a telephonic conference with the parties to discuss whether there may be an agreement reached that the March 25, 2013 fact discovery deadline should be extended. Given the complexity of the case and the significant amount of discovery that must be produced, Defendants request a 120 day extension. Plaintiff argues that no extension is necessary, but that if one is to be granted, then an extension of only 60 days is needed. Because the parties could not reach an informal agreement regarding possible extension of fact discovery,

IT IS ORDERED that Defendants are DIRECTED to file a motion, by **March 19, 2013**, requesting the court to extend fact discovery. The motion shall not exceed five pages. Plaintiff is DIRECTED to file a response to Defendants' motion by **March 22, 2013**. The response shall not exceed five pages.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: March 14, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 14, 2013, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522