UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BOSCH LLC,

    Plaintiff,

v.                                              Case No. 12-11503

SNAP-ON, INC., and
DREW TECHNOLOGIES, INC.,

    Defendants.
                                              /

**ORDER SUSPENDING ALL FORMAL PROCEEDINGS**

On August 9, 2013, the court issued an opinion and order construing claims in this matter. Three motions, each filed before the August 9, 2013 order remain pending. The court held an off-the-record telephonic conference to discuss the parties' current positions. The parties indicated that, in light of the claim construction order, they are attempting to negotiate a stipulated judgment, agreed upon as to form. In an effort to conserve resources pending further discussions between the parties,

IT IS ORDERED that all formal proceedings, including any further briefing deadlines, are temporarily SUSPENDED.

IT IS FURTHER ORDERED that counsel shall provide an additional update to the court in a telephone conference on **August 29, 2013**, at **10:00 a.m.** The court will place the call.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 21, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 21, 2013, by electronic and/or ordinary mail.

                                                             S/Holly Monda for Lisa Wagner
                                                             Case Manager and Deputy Clerk
                                                             (313) 234-5522