# Exhibit 27-A
Invoices from Elijah, Ltd
# (Filed Under Seal)