# Exhibit 27-B
Invoices from Brinks Hofer Gilson & Lione, PC
**(Filed Under Seal)**