# Exhibit 27-C

Invoices from
Dr. Gregory Davis

**(Filed Under Seal)**