# Exhibit 27-D
Invoices from Eisenführ, Speiser & Partner
**(Filed Under Seal)**