# Exhibit D

Invoices from Brinks Hofer Gilson & Lione, PC

# (Filed Under Seal)