# Exhibit E

Invoices from Elijah, Ltd.

# (Filed Under Seal)