# Exhibit J

Invoices from Merrill Corp.

# (Filed Under Seal)