# Exhibit A

# PAYMENT REQUEST

## MUST FILL OUT ALL FIELDS THAT APPLY – INCOMPLETE FORMS WILL BE RETURNED

| | | | |
|---|---|---|---|
| VENDOR INVOICE # | 14163415 | VENDOR (PAY TO) | LegaLink, Inc.<br>P.O. Box 90473<br>Chicago, IL 60696-0473 |
| INVOICE DATE | 08/28/2013 | DATE SUBMITTED | 10/09/2013 |
| CLIENT NUMBER(S) | 14573 | CLIENT NAME(S) | Drew |
| CLIENT MATTER(S) | 10 | MATTER NAME(S) | Bosch |
| AMOUNT | $1,175.00 | REQUESTED BY (ATTY) | ▮▮▮▮▮▮▮▮▮ |

## CLIENT CHARGEABLE
*MUST select disbursement code from drop-down list, regardless of the description*

DISBURSEMENT CODE: 24 - Court Reporter Charges For

### DESCRIPTION OF EXPENSE
*MUST select from appropriate drop-down and/or fill-in with more detail*

| | | |
|---|---|---|
| ATENT | SELECT ONE | [Fill-in if more detail is required] |
| TRADEMARK | SELECT ONE | [Fill-in if more detail is required] |
| LITIGATION | Videotaping Services for the Deposition of | Robert Augustine, Oxnard, CA, 08/13/2013 |
| OTHER | | |

## FIRM CHARGEABLE (Attorney Expenses)
*MUST fill-in description*

| | |
|---|---|
| ☐ 333<br>☐ 334<br>☐ Other G/L No.<br>[Enter G/L No.] | Description of Expense:<br><br>***For reimbursement of entertainment expenses: MUST attach detailed original receipt and MUST include business purpose (what was discussed), persons attending, company name and position/title. |

| | |
|---|---|
| INSTRUCTIONS (IF ANY) | |
| RETURN CHECK TO | Vendor |
| TTY/SECY SIGNATURE<br>*ame – not initials)* | |

# MERRILL CORPORATION

LegaLink, Inc.  
311 South Wacker Drive  
Suite 300  
Chicago, IL 60606  
Phone: 312.386.2000  
Fax: 312.386.2275

Brinks Hofer Gilson & Lione  
NBC Tower Suite 3600  
455 Cityfront Plaza Drive  
Chicago, IL 60611-5599



# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14163415 | 08/28/2013 | 1406-214462 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/13/2013 | LLA | 12-11503-RHC- |

**CASE CAPTION**

Robert Bosch vs. Snap-On Inc.

**TERMS**

Immediate, sold FOB Merrill facility

---

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Robert Augustine
        Set-up & First Hour                                              295.00
        Additional Deposition Hr    5.00 Hours @    85.00/Hour           425.00
        Tape Stock - Digital        3.00       @    40.00                120.00
        Merrill Viewer              4.00 Hours @    95.00/Hour           380.00
        Shipping & Handling                                               10.00
        NEGOTIATED DISCOUNT                                              -55.00

                                    TOTAL   DUE   >>>>                 1,175.00

Deposition locaiton: Oxnard, CA

Thank you.  Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)
ORDERED BY:
            Brinks Hofer Gilson & Lione
            NBC Tower Suite 3600
            455 Cityfront Plaza Drive
            Chicago, IL 60611-5599
```

TAX ID NO.: 20-2665382                    (312) 321-4200    Fax (312) 321-4299

*Please detach bottom portion and return with payment.*

---

Brinks Hofer Gilson & Lione  
NBC Tower Suite 3600  
455 Cityfront Plaza Drive  
Chicago, IL 60611-5599

Invoice No.: 14163415  
Date       : 08/28/2013  
**TOTAL DUE** :   1,175.00

Job No.   : 1406-214462  
Case No.  : 12-11503-RHC-MAR  
Robert Bosch vs. Snap-On Inc.

Remit To:   LegaLink, Inc.  
            PO Box 90473  
            Chicago, IL 60696-0473

# PAYMENT REQUEST

*MUST FILL OUT ALL FIELDS THAT APPLY – INCOMPLETE FORMS WILL BE RETURNED*

| | | | |
|---|---|---|---|
| VENDOR INVOICE # | 14162071 | VENDOR (PAY TO) | LegaLink, Inc.<br>P.O. Box 90473<br>Chicago, IL 60696-0473 |
| INVOICE DATE | 07/31/2013 | DATE SUBMITTED | 08/21/2013 |
| CLIENT NUMBER(S) | 14573 | CLIENT NAME(S) | Drew |
| CLIENT MATTER(S) | 10 | MATTER NAME(S) | Bosch |
| AMOUNT | $1,888.62 | REQUESTED BY (ATTY) | |

## CLIENT CHARGEABLE
*MUST select disbursement code from drop-down list, regardless of the description*

DISBURSEMENT CODE: 24 - Court Reporter Charges For

### DESCRIPTION OF EXPENSE
*MUST select from appropriate drop-down and/or fill-in with more detail*

| | | |
|---|---|---|
| ATENT | SELECT ONE | [Fill-in if more detail is required] |
| TRADEMARK | SELECT ONE | [Fill-in if more detail is required] |
| LITIGATION | Videotaping Services for the Deposition of | Bernie Carr, Santa Barbara, CA, 07/11/2013 |
| OTHER | | |

## FIRM CHARGEABLE (Attorney Expenses)
*MUST fill-in description*

☐ 333
☐ 334
☐ Other G/L No.
[Enter G/L No.]

Description of Expense:

***For reimbursement of entertainment expenses: MUST attach detailed original receipt and MUST include business purpose (what was discussed), persons attending, company name and position/title.

INSTRUCTIONS (IF ANY)

RETURN CHECK TO    Vendor

TTY/SECY SIGNATURE
(Name – not initials)

# MERRILL CORPORATION
**LegaLink, Inc.**  
311 South Wacker Drive  
Suite 300  
Chicago, IL 60606  
Phone: 312.386.2000  
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14162071 | 07/31/2013 | 1406-213319 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/11/2013 | LLA | 12-11503-RHC- |

**CASE CAPTION**

Robert Bosch vs. Snap-On Inc.

**TERMS**

Immediate, sold FOB Merrill facility

Brinks Hofer Gilson & Lione  
NBC Tower Suite 3600  
455 Cityfront Plaza Drive  
Chicago, IL 60611-5599

14573\10

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Bernie Carr
         Set-up & First Hour                                                  295.00
         Additional Deposition Hr    8.50 Hours @    85.00/Hour               722.50
         Tape Stock - Digital        5.00       @    40.00                    200.00
         Merrill Viewer              8.00 Hours @    95.00/Hour               760.00
         NEGOTIATED DISCOUNT                                                  -88.88

                                     TOTAL   DUE    >>>>                    1,888.62
```

Deposition location: Santa Barbara, CA

Thank you.  Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.  
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

ORDERED BY:  
    Brinks Hofer Gilson & Lione  
    NBC Tower Suite 3600  
    455 Cityfront Plaza Drive  
    Chicago, IL 60611-5599

---

TAX ID NO. : 20-2665382                 (312) 321-4200    Fax (312) 321-4299

*Please detach bottom portion and return with payment.*

---

Brinks Hofer Gilson & Lione  
NBC Tower Suite 3600  
455 Cityfront Plaza Drive  
Chicago, IL 60611-5599

Invoice No.: 14162071  
Date       : 07/31/2013  
**TOTAL DUE** :    1,888.62

Job No.   : 1406-213319  
Case No.  : 12-11503-RHC-MAR  
Robert Bosch vs. Snap-On Inc.

Remit To:    **LegaLink, Inc.**  
             **PO Box 90473**  
             **Chicago, IL 60696-0473**

# PAYMENT REQUEST

## MUST FILL OUT ALL FIELDS THAT APPLY – INCOMPLETE FORMS WILL BE RETURNED

| | | | |
|---|---|---|---|
| VENDOR INVOICE # | 14163635 | VENDOR (PAY TO) | LegaLink, Inc.<br>P.O. Box 90473<br>Chicago, IL 60696-0473 |
| INVOICE DATE | 09/19/2013 | DATE SUBMITTED | 10/09/2013 |
| CLIENT NUMBER(S) | 14573 | CLIENT NAME(S) | Drew |
| CLIENT MATTER(S) | 10 | MATTER NAME(S) | Bosch |
| AMOUNT | $1,139.37 | REQUESTED BY (ATTY) | ▮▮▮▮▮ |

## CLIENT CHARGEABLE
*MUST select disbursement code from drop-down list, regardless of the description*

DISBURSEMENT CODE: 24 - Court Reporter Charges For

### DESCRIPTION OF EXPENSE
*MUST select from appropriate drop-down and/or fill-in with more detail*

| | | |
|---|---|---|
| ATENT | SELECT ONE | [Fill-in if more detail is required] |
| TRADEMARK | SELECT ONE | [Fill-in if more detail is required] |
| LITIGATION | Videotaping Services for the Deposition of | James Graninger, Coral Gables, FL, 08/15/2013 |
| OTHER | | |

## FIRM CHARGEABLE (Attorney Expenses)
*MUST fill-in description*

☐ 333
☐ 334
☐ Other G/L No. [Enter G/L No.]

Description of Expense:

***For reimbursement of entertainment expenses: MUST attach detailed original receipt and MUST include business purpose (what was discussed), persons attending, company name and position/title.

INSTRUCTIONS (IF ANY)

RETURN CHECK TO: Vendor

TY/SECY SIGNATURE
(name – not initials)

# MERRILL CORPORATION

LegaLink, Inc.     311 South Wacker Drive  
Suite 300  
Chicago, IL 60606  
Phone: 312.386.2000  
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14163635 | 09/19/2013 | 1408-214464 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/15/2013 | VIDEMI | 12-11503-RHC- |

CASE CAPTION

Robert Bosch vs. Snap-On Inc.

TERMS

Immediate, sold FOB Merrill facility



Brinks Hofer Gilson & Lione  
NBC Tower Suite 3600  
455 Cityfront Plaza Drive  
Chicago, IL 60611-5599

14573/10

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:  
   James Graninger  
      Set-up & First Hour                                                          350.00  
      Additional Deposition Hr      3.50 Hours @     95.00/Hour     332.50  
      Tape Stock - Digital         3.00    @       40.00         120.00  
      Merrill Viewer              4.00 Hours @     95.00/Hour     380.00  
      Shipping & Handling                                                           10.00  
      NEGOTIATED DISCOUNT                                                      -53.13

                                     TOTAL    DUE    >>>>           1,139.37

Deposition location: Coral Gables, FL

Thank you. Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.  
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

ORDERED BY:  
      Brinks Hofer Gilson & Lione  
      NBC Tower Suite 3600  
      455 Cityfront Plaza Drive  
      Chicago, IL 60611-5599

TAX ID NO.: 20-2665382                                 (312) 321-4200    Fax (312) 321-4299

*Please detach bottom portion and return with payment.*

---

Brinks Hofer Gilson & Lione  
NBC Tower Suite 3600  
455 Cityfront Plaza Drive  
Chicago, IL 60611-5599

Invoice No.: 14163635  
Date       : 09/19/2013  
TOTAL DUE  :    1,139.37

Job No.   : 1408-214464  
Case No.  : 12-11503-RHC-MAR  
Robert Bosch vs. Snap-On Inc.

Remit To:    LegaLink, Inc.  
               PO Box 90473  
               Chicago, IL 60696-0473

# PAYMENT REQUEST

## MUST FILL OUT ALL FIELDS THAT APPLY – INCOMPLETE FORMS WILL BE RETURNED

| | | | |
|---|---|---|---|
| VENDOR INVOICE # | 14162070 | VENDOR (PAY TO) | LegaLink, Inc.<br>P.O. Box 90473<br>Chicago, IL 60696-0473 |
| INVOICE DATE | 07/31/2013 | DATE SUBMITTED | 08/21/2013 |
| CLIENT NUMBER(S) | 14573 | CLIENT NAME(S) | Drew |
| CLIENT MATTER(S) | 10 | MATTER NAME(S) | Bosch |
| AMOUNT | $1,728.00 | REQUESTED BY (ATTY) | ███████ |

## CLIENT CHARGEABLE
MUST select disbursement code from drop-down list, regardless of the description

DISBURSEMENT CODE: 24 - Court Reporter Charges For

### DESCRIPTION OF EXPENSE
MUST select from appropriate drop-down and/or fill-in with more detail

| | | |
|---|---|---|
| PATENT | SELECT ONE | [Fill-in if more detail is required] |
| TRADEMARK | SELECT ONE | [Fill-in if more detail is required] |
| LITIGATION | Videotaping Services for the Deposition of | Michael Hosch, Santa Barbara, CA, 07/10/2013 |
| OTHER | | |

## FIRM CHARGEABLE (Attorney Expenses)
MUST fill-in description

| | Description of Expense: |
|---|---|
| ☐ 333<br>☐ 334<br>☐ Other G/L No.<br>[Enter G/L No.] | |

***For reimbursement of entertainment expenses: MUST attach detailed original receipt and MUST include business purpose (what was discussed), persons attending, company name and position/title.

| | |
|---|---|
| INSTRUCTIONS (IF ANY) | |
| RETURN CHECK TO | Vendor |
| ATTY/SECY SIGNATURE (Name – not initials) | |

```
MERRILL CORPORATION                                    I N V O I C E
LegaLink, Inc.        311 South Wacker Drive
                                  Suite 300      | INVOICE NO. | INVOICE DATE | JOB NUMBER  |
                           Chicago, IL 60606     | 14162070    | 07/31/2013   | 1406-213317 |
                           Phone: 312.386.2000
                           Fax: 312.386.2275     | JOB DATE    | REPORTER(S)  | CASE NUMBER    |
                                                 | 07/10/2013  | LLA          | 12-11503-RHC-  |

                                                              CASE CAPTION

  Brinks Hofer Gilson & Lione                    Robert Bosch vs. Snap-On Inc.
  NBC Tower Suite 3600
  455 Cityfront Plaza Drive                                      TERMS
  Chicago, IL 60611-5599
                                                 Immediate, sold FOB Merrill facility
```

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Michael Hosch
         Set-up & First Hour                                                            295.00
         Additional Deposition Hr       8.00 Hours @       85.00/Hour                   680.00
         Tape Stock - Digital           4.00        @      40.00                        160.00
         Merrill Viewer                 7.00 Hours @       95.00/Hour                   665.00
         Shipping & Handling                                                             10.00
         NEGOTIATED DISCOUNT                                                            -82.00

                                        TOTAL    DUE    >>>>                         1,728.00

Deposition location: Santa Barbara, CA

Thank you.  Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)
ORDERED BY:
              Brinks Hofer Gilson & Lione
              NBC Tower Suite 3600
              455 Cityfront Plaza Drive
              Chicago, IL 60611-5599
```

TAX ID NO. : 20-2665382                              (312) 321-4200    Fax (312) 321-4299

*Please detach bottom portion and return with payment.*

---

Brinks Hofer Gilson & Lione
NBC Tower Suite 3600
455 Cityfront Plaza Drive
Chicago, IL 60611-5599

Invoice No.:  14162070
Date       :  07/31/2013
TOTAL DUE  :   1,728.00


Job No.   :  1406-213317
Case No.  :  12-11503-RHC-MAR
Robert Bosch vs. Snap-On Inc.

Remit To:    LegaLink, Inc.
             PO Box 90473
             Chicago, IL 60696-0473